```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0054--CR (JWS)
                  "USA V JOHN DOE ET AL"
                     DEF 1.1 DOE, JOHN

      Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  04/22/04
              Closed:  02/08/05
  No. of Defendants:  2
     MJ Case Number:  A04-0104--MJ
                 AKA:  ERIC LEE CRUZ, "CUJO"
     Location status:  U.S. Custody
          Trial date:  07/26/04
          Terminated:  YES
   Needs interpreter:  YES
   Counsel of record:  Allison E. Mendel
                      Mendel & Associates
                      431 W. 7th Avenue, Suite 101
                      Anchorage, AK 99501
                      907-279-5001
                      Serve: YES
                       Type: CJA
                       Role: Appeal


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Joseph W. Bottini
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 DOE, JOHN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F) | Sentenced (133-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Sentenced (133-1) |
| 1 - 1 IND | 3 | 21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF CRACK COCAINE (F) | Sentenced (133-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0054--CR (JWS)
                              "USA V JOHN DOE ET AL"
                            DEF 2.1 ROOK, STEFANY A.

                  Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  04/22/04
             Closed:  02/08/05
  No. of Defendants:  2
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
   Counsel of record: Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Joseph W. Bottini
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 ROOK, STEFANY A.

Document            Count    Citation and Description                          Disposition
─────────           ─────    ────────────────────────                          ───────────
  1 -   1 IND         1      21:846 & 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F) Sentenced
                                                                                (142-1)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                            "USA V JOHN DOE ET AL"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 04/22/04
            Closed: 02/08/05
No. of Defendants: 2


 Document #   Filed      Docket text
 _____   _____      _____

      1 -  1  04/22/04   [Re: DEF 1-2] PLF 1 Indictment

   NOTE -  1  04/23/04   [Re: DEF 2] Issued WOA.

      2 -  1  04/23/04   [Re: DEF 1] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                         for arr and notify USM; in custody.

      3 -  1  04/23/04   [Re: DEF 2] JDR Grand Jury Minutes; WOA to issue; no bail (det per
                         18:3142).

      4 -  1  04/23/04   [Re: DEF 1] Documents 2-4 transferred from: A04-0104 MJ (AHB) to A04-054
                         CR (JWS).

      5 -  1  04/23/04   [Re: DEF 1] AHB Minute Order that in light of filing of Indt in this
                         case previously set prelim/det hrg in A04-0104 MJ (AHB) is reset as arr
                         on Indt/det hrg in this case for the same date/time.  cc: USA, C. Coe,
                         USM, PO

      6 -  1  04/26/04   [Re: DEF 1] AHB Order regarding preparation for trial; disc conf
                         4/28/04; ptms due 5/10/04.  cc: USA, C. Coe

      7 -  1  04/26/04   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 4/30/04
                         at 2:00 p.m   cc: USA, C. Coe, USM, PO

      8 -  1  04/26/04   [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on
                         Indt/Det hrg (held 4/23/04); def pled not guilty; def detained; det hrg
                         set 4/30/04 at 2:00 p.m.; ptms due 5/10/04; order of temporary det
                         FILED; order re: preparation for trial FILED.  cc: USA, C. Coe, USM, PO,
                         Judge Sedwick

      9 -  1  04/26/04   {SEALED}

   NOTE -  2  04/27/04   [Re: DEF 2] USM Notice of Arrest; defendant arrested 4/27/04.

     10 -  1  04/27/04   {SEALED}

     11 -  1  04/27/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     12 -  1  04/28/04   [Re: DEF 2] Financial Affidavit.

     13 -  1  04/28/04   [Re: DEF 2] AHB Order regarding preparation for trial; disc conf
                         4/29/04; ptms due 5/11/04. cc: USA, D. Reed-Slaten

     14 -  1  04/28/04   [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 4/30/04
                         at 3:00 p.m.  cc: USA, D. Reed-Slaten, USM, PO

     15 -  1  04/28/04   [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                         4/27/04); financial aff FILED; FPD to appoint CJA cnsl; def plead not
                         guilty; def detained; det hrg set 4/30/04 at 3:00 p.m.; order of
                         temporary det FILED; ptms due 5/11/04; order re: preparation for trial
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                     "USA V JOHN DOE ET AL"

                                       For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------
                          FILED.   cc: USA, FPD (CJA Clerk), D. Reed-Slaten, USM, PO, Judge Sedwick

    16 -  1    04/28/04   [Re: DEF 2] PLF 1 Certification of discovery.

    17 -  1    04/29/04   [Re: DEF 2] Return of WOA executed 4/27/04.

    18 -  1    04/29/04   [Re: DEF 1] CJA appointment of C. Coe.

  NOTE -  3    04/30/04   Notation: Notice of Speedy Trial Act ddlns re: Def 2 to JWS.

  NOTE -  4    04/30/04   Notation: Notice of Speedy Trial Act ddlns re: Def 1 to JWS.

    19 -  1    04/30/04   [Re: DEF 2] CJA appointment of Dawn Reed-Slaten.

    20 -  1    04/30/04   DEF 1 motion (ex parte) for translator.

    21 -  1    05/03/04   [Re: DEF 2] Order setting conditions of release.  cc: USA, D.
                          Reed-Slaten, USM, PO

    22 -  1    05/03/04   [Re: DEF 2] CY of Order of Release (original to USM by CMC).  cc: USA,
                          D. Reed-Slaten, USM, PO

    23 -  1    05/03/04   [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held
                          4/30/04); oral mot to release def on conditions GRANTED; order setting
                          conditions of release FILED. cc: USA, D. Reed-Slaten, USM, PO

    24 -  1    05/03/04   [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, C. Coe, USM,
                          PO

    25 -  1    05/03/04   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of cont det hrg (held
                          4/30/04); det uncontested; order of det pending trial FILED. cc: USA, C.
                          Coe, USM, PO

    26 -  1    05/03/04   [Re: DEF 2] Clerk's Notice that pursuant to the Order of Setting
                          Conditions of Release dated 5/3/04 the passport # 075216492 has been
                          received by the Clerk's office and placed in the vault for safe keeping.
                          cc: D. Reed-Slaten, USA, USM, PO, Finance

    27 -  1    05/04/04   [Re: DEF 1] MDJ Order granting motion for translator (20-1).  cc: C.
                          Coe, FPD (CJA Clerk)

    28 -  1    05/07/04   [Re: DEF 1-2] JWS Minute Order setting TBJ on 6/14/04 at 9:00 a.m. and
                          FPTC for 6/14/04 at 8:30 a.m.. cc: USA, C. Coe, D. Reed-Slaten, USM,
                          USPO, MJ Branson, JC

    29 -  1    05/07/04   [Re: DEF 1-2] JWS Minute Order that no replies are to be fld unless
                          requested by MJ or DJ. cc: USA, C. Coe, D. Reed-Slaten, MJ Branson

    30 -  1    05/10/04   DEF 1 motion for extension to file pretrial motions (to 5/14/04).

    31 -  1    05/12/04   [Re: DEF 1] AHB Minute Order granting motion for extension to file
                          pretrial motions (to 5/14/04) (30-1); ptms due 4:00 p.m., 5/14/04
                          w/hand/fax delivery on opposing cnsl; oppos due 4:00 p.m., 5/21/04
                          w/hand/fax delivery on opposing cnsl; any necessary hrg evid/otherwise
                          will be conducted at 9:00 a.m., 5/24/04; parties to mark their calendars
                          accordingly.  cc: USA, C. Coe, USM, PO

    32 -  1    05/12/04   DEF 2 motion for extension of time to file pretrial motions (to
                          5/17/04).
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                   "USA V JOHN DOE ET AL"

                                      For all filing dates

Document #    Filed      Docket text
_____    _____   _____

    33 -  1   05/13/04   [Re: DEF 2] AHB Minute Order granting motion for extension of time to
                         file pretrial motions (to 5/17/04) (32-1); ptms due 5/17/04 w/hand
                         delivery; oppos due NOON 5/21/04; any hrg evid/otherwise will be held
                         9:00 a.m., 5/24/04; should Judge Sedwick cont trial date crt may sua
                         sponte reconsider mot to ext ddlns.  cc: USA, C. Coe, D. Reed-Slaten,
                         USM, PO

    34 -  1   05/17/04   DEF 2 motion to dismiss the indictment w/att memo/aff.

    35 -  1   05/19/04   {SEALED}

    36 -  1   05/20/04   PLF 1 opposition to DEF 2 motion to dismiss the indictment (34-1).

    37 -  1   05/21/04   [Re: DEF 1-2] AHB Minute Order re the 5/24/04 evident hrg is VACATED.
                         cc: USA, C. Coe, D. Reed-Slaten, USM, USPO

    38 -  1   05/24/04   {SEALED}

    39 -  1   05/24/04   {SEALED}

  NOTE -  5   05/25/04   {SEALED}

  NOTE -  6   05/25/04   [Re: DEF 2] USM Notice of Arrest; defendant arrested 5/25/04.

    40 -  1   05/25/04   {SEALED}

    41 -  1   05/25/04   Initial R&R re: DEF 2 motion to dismiss the indictment (34-1);
                         Recommended be denied; Objections due 3:00 p.m. 06/01/04. Reply due 3:00
                         p.m. 06/07/04. cc: USA, D. Reed-Slaten, Judge Sedwick

    42 -  1   05/27/04   [Re: DEF 2] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re I/A on
                         violat of cond's of release hld 5/26/04; def detained. cc: USA, D.
                         Reed-Slaten, USM, USPO

    43 -  1   05/27/04   [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, D.
                         Reed-Slaten, USM, USPO

    44 -  1   05/27/04   [Re: DEF 2] Return of WOA executed at Anchorage, AK on 5/25/04.

    45 -  1   05/28/04   DEF 1 motion to produce directly and indirectly exculpatory information.

    46 -  1   06/01/04   [Re: DEF 2] CJA appointment of Dawn Reed-Slaten.

    47 -  1   06/01/04   DEF 1 motion to accept late filed motion to produce exculapatory
                         information  w/att aff.

    48 -  1   06/01/04   DEF 1 motion to continue trial w/att aff.

    49 -  1   06/02/04   [Re: DEF 1] JWS Order appointing Y. Salazar-Hobrough as trial
                         interpreter. cc: USA, C. Coe, D. Reed-Slaten, Finance, Y.
                         Salazar-Hobrough

    50 -  1   06/03/04   [Re: DEF 1] AHB Minute Order setting hrg on 6/7/04 at 10am re: mot to
                         accept late filed pleading (dkt # 47) & mot to produce exculpatory
                         information (dkt # 45). cc: USA, C. Coe, USM, PO, D. Reed-Slaten

    51 -  1   06/03/04   [Re: DEF 1] PLF 1 Errata re: DEF 1 mot to cont trial (48-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                    "USA V JOHN DOE ET AL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 06/04/04 | [Re: DEF 1] JWS MO granting mot to cont trial (48-1); FPTC and TBJ set for 06/14/04 vacated and reset to 06/23/04 at 8:30 a.m. and 9:00 a.m. cc: USA, C. Coe, D. Reed-Slaten, USM, USPO, MJ Branson, JC |
| 53 - 1 | 06/04/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to accept late filed motion to produce exculapatory information (47-1). |
| 54 - 1 | 06/07/04 | DEF 2 motion to continue trial w/att aff. |
| 54 - 2 | 06/07/04 | DEF 2 joinder to DEF 1 motion to produce directly and indirectly exculpatory information (45-1) w/att aff. |
| 55 - 1 | 06/08/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of hrg on def's mot to accept late filed pleading & mot to produce exculpatory info (held 6/7/04); denying as moot motion to produce directly and indirectly exculpatory information (45-1); granting motion to accept late filed motion to produce exculapatory information (47-1). cc: USA, C. Coe |
| 56 - 1 | 06/09/04 | [Re: DEF 2] JWS Order denying motion to dismiss the indictment (34-1). cc: USA, C. Coe, D. Reed-Slaten, MJ Branson |
| 57 - 1 | 06/09/04 | JWS Minute Order denying motion to continue trial (54-1). cc: USA, C. Coe, D. Reed-Slaten, MJ Branson |
| 58 - 1 | 06/15/04 | DEF 1 Voir Dire Questions. |
| 59 - 1 | 06/16/04 | DEF 1 Notice of Intent to change plea. |
| 60 - 1 | 06/16/04 | DEF 2 Notice of Intent to change plea. |
| 61 - 1 | 06/17/04 | [Re: DEF 1] JWS Minute Order setting PCOP hrg on 6/22/04 at 10:00 a.m.; 6/23/04 FPTC & TBJ are vacated. cc: USA, C. Coe, USM, USPO, MJ Branson, JC |
| 62 - 1 | 06/17/04 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 6/23/04 at 9:00 a.m.; 6/23/04 FPTC & TBJ are vacated. cc: USA, D. Reed-Slaten, USM, USPO, MJ Branson, JC |
| 63 - 1 | 06/22/04 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP held 6/22/04; def doesn't want to change plea; matter to be set for TBJ; cnsl to notify crt of soonest possible time to begin trial. cc: USA, C. Coe, USM, USPO, JC, MJ Branson |
| 64 - 1 | 06/22/04 | {SEALED} |
| 65 - 1 | 06/23/04 | {SEALED} |
| 66 - 1 | 06/24/04 | [Re: DEF 1] PLF 1 Notice of agreement re: rescheduled trial date. |
| 67 - 1 | 06/25/04 | [Re: DEF 2] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg held 6/23/04; L. Wells to substitute for D. Reed-Slaten; matter cont to date set by MO; det cont; off record clk instructed J. Pharr to have L. Wells file substitution paperwork. cc: USA, D. Reed-Slaten, J. Pharr, L. Wells, USPO, USM, MJ Branson |
| 68 - 1 | 06/25/04 | [Re: DEF 2] JWS Minute Order setting cont PCOP on 7/14/04 at 9:00 a.m.. cc: USA, D. Reed-Slaten, L. Wells, USM, USPO, MJ Branson |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                  "USA V JOHN DOE ET AL"

                                       For all filing dates

Document #    Filed      Docket text
----------    -----      -----------

    69 -  1   06/25/04   {SEALED}

    70 -  1   06/29/04   [Re: DEF 1] JWS Minute Order setting TBJ on 7/26/04 at 8:30 a.m. & FPTC
                         on 7/26/04 at 9:00 a.m.. cc: USA, C. Coe, USM, USPO, MJ Branson, JC

    71 -  1   06/29/04   [Re: DEF 2] Stipulation for substitution of counsel (L. Wells for D.
                         Slaten)

    72 -  1   06/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 9 from 4/26/04
                         to 4/27/04 (2 days under code E).

    73 -  1   06/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 20 from 4/30/04
                         to 5/4/04 (5 days under code E).

    74 -  1   06/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 30 from 5/10/04
                         to 5/12/04 (3 days under code E).

    75 -  1   06/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 45 from 5/28/04
                         to 6/8/04 (12 days under code E).

    76 -  1   06/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 64 (4 days under
                         code E).

    77 -  1   06/30/04   [Re: DEF 2] AHB Minute Order that hrg re: stip for sub cnsl (71-1) is
                         set 2:30 p.m., 7/2/04.  cc: USA, D. Reed-Slaten, L. Wells, USM, PO

    78 -  1   07/06/04   [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of hrg re: stip
                         for sub of cnsl (held 7/2/04); granting Stipulation for substitution of
                         counsel (71-1).  cc: USA, J. Pharr, D. Reed-Slaten, FPD (CJA Clerk)

    79 -  1   07/07/04   [Re: DEF 2] JWS Minute Order resetting 7/14/04 cont PCOP hrg to 7/15/04
                         @ 10:30 a.m.. cc: USA, L. Wells, USM, USPO, MJ Branson

    80 -  1   07/14/04   {SEALED}

    81 -  1   07/15/04   {SEALED}

    82 -  1   07/16/04   {SEALED}

    83 -  1   07/16/04   DEF 1 motion (request) fro writ to bring Stefany Rook to trial.

    84 -  1   07/19/04   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

    85 -  1   07/19/04   [Re: DEF 1] PLF 1 Trial Brief.

    86 -  1   07/19/04   [Re: DEF 1] PLF 1 Proposed Voir Dire Questions.

    87 -  1   07/19/04   DEF 1 motion for extension of time until 07/21/04 to file trial brief
                         and proposed jury instructions w/att aff.

  NOTE -  7   07/20/04   Issued: Writ of H/C ad test re: S. Rook.

    88 -  1   07/20/04   [Re: DEF 1] PLF 1 motion for consideration on shortened time to dismiss
                         the first object of the conspiracy count (count 1).

    89 -  1   07/20/04   [Re: DEF 1] JWS Order granting mot for consideration on shortened time
                         to dismiss the first object of the conspiracy charged in ct 1 (88-1).
                         cc: USA, C. Coe, L. Wells

ACRS: R_RDSDX                    As of 12/27/05 at 09:10 AM by GARRY                     Page 5
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                "USA V JOHN DOE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 90 - 1 | 07/20/04 | [Re: DEF 1] JWS Order granting mot for ext of time to file trial brief and proposed jury instrs (87-1). cc: USA, C. Coe, L. Wells |
| 91 - 1 | 07/20/04 | [Re: DEF 1] MDJ Order granting motion (request) for writ to bring Stefany Rook to trial (83-1).  cc: C. Coe, USM |
| 92 - 1 | 07/21/04 | DEF 1 Trial Brief. |
| 93 - 1 | 07/21/04 | DEF 1 Proposed Jury Instructions. |
| 94 - 1 | 07/21/04 | [Re: DEF 1] PLF 1 Notice of intent to introduce evidence of consciousness of guilt. |
| 95 - 1 | 07/22/04 | [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence presentation system. |
| 96 - 1 | 07/22/04 | {SEALED} |
| 97 - 1 | 07/26/04 | {SEALED} |
| 98 - 1 | 07/26/04 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: FPTC held 7/26/04; mot for ord to compel exculpatory materials granted in part & denied in part. cc: USA, C. Coe |
| 99 - 1 | 07/26/04 | {SEALED} |
| 100 - 1 | 07/26/04 | {SEALED} |
| 101 - 1 | 07/26/04 | DEF 1 Notice of potential conflict. |
| 102 - 1 | 07/26/04 | DEF 1 opposition to notice to introduce evidence of flight & false name. |
| 103 - 1 | 07/26/04 | DEF 1 motion to compel production of exculpatory materials and to continue trial w/att aff. |
| 104 - 1 | 07/28/04 | [Re: DEF 1] JWS Minute Order terminating in light of this order: motion to compel production of exculpatory materials and to continue trial (103-1). cc: USA, C. Coe |
| 105 - 1 | 08/05/04 | [Re: DEF 2] CJA appointment of L. Wells. |
| 106 - 1 | 08/10/04 | USM Return of svc on writ of habeas corpus ad testificandum re: S. Rook on 7/26/04. |
| 107 - 1 | 09/09/04 | DEF 1 motion (ex parte) for translator to transcribe pre-sentence report. |
| 108 - 1 | 09/13/04 | [Re: DEF 1] JWS Order granting mot for translator to transcribe pre-sentence rpt (107-1). cc: C. Coe, FPD (CJA Clk) |
| 109 - 1 | 09/13/04 | {SEALED} |
| 110 - 1 | 09/14/04 | {SEALED} |
| 111 - 1 | 09/16/04 | DEF 2 Sentencing Memorandum. |
| 112 - 1 | 09/16/04 | {SEALED} |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                              "USA V JOHN DOE ET AL"

                                 For all filing dates


 Document #    Filed      Docket text
 ─────────────────────────────────────────────────────────────────────────────
  112 -   2   09/20/04   {SEALED}

  113 -   1   09/20/04   {SEALED}

  114 -   1   09/23/04   {SEALED}

  115 -   1   10/05/04   {SEALED}

  116 -   1   10/07/04   {SEALED}

  117 -   1   10/18/04   {SEALED}

  118 -   1   10/19/04   {SEALED}

  117 -   2   10/20/04   {SEALED}

  119 -   1   10/21/04   {SEALED}

  120 -   1   11/12/04   [Re: DEF 2] PLF 1 motion on shortened time to continue imposition of
                         sentence hearing.

  121 -   1   11/15/04   [Re: DEF 2] JWS Order granting mot on shortened time to continue IOS
                         (120-1); IOS reset to 1/27/05 @ 8:30 a.m.. cc: USA, L. Wells, USM, USPO

  122 -   1   11/15/04   DEF 2 opposition to [Re: DEF 2] PLF 1 motion on shortened time to
                         continue imposition of sentence hearing (120-1).

  123 -   1   11/16/04   DEF 2 Notice of filing letters of support and photographs w/att exh.

  124 -   1   12/13/04   [Re: DEF 1] JWS Minute Order that the 1/4/05 IOS set @ 8:30 a.m. is
                         rescheduled to start @ 10:00 a.m.. cc: USA, C. Coe, USM, USPO

  125 -   1   12/22/04   [Re: DEF 1] JWS Minute Order re: note from DEF 1; original note &
                         translation are fld under seal & ex parte; USA may not look at them but
                         C. Coe, cnsl for DEF 1, may; probation officer directed to have this MO
                         translated into Spanish & to provide cy of translation to C. Coe; C. Coe
                         directed to get cy of translated ord to client as soon as possible; crt
                         intent on proceeding to IOS on 1/5/05. cc: USA, C. Coe, USPO

  126 -   1   12/22/04   {SEALED}

  127 -   1   12/23/04   DEF 1 Sentencing Memorandum.

  128 -   1   12/23/04   {SEALED}

  129 -   1   12/27/04   {SEALED}

  130 -   1   12/28/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  131 -   1   01/04/05   {SEALED}

  132 -   1   01/04/05   [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re: IOS (held
                         1/4/05); sentence imposed as stated in judgment; NOA given to def cnsl;
                         def remanded; payment coupon given to def.  cc: USA, C. Coe, USM, USPO

  133 -   1   01/07/05   [Re: DEF 1] JWS Judgment pleaded guilty to cts 1,2,3 of Indt (1-1);
                         sentenced to 78 mos impr on cts 1-3 to be served concur; 36 mos SR on

 ACRS: R_RDSDX                  As of 12/27/05 at 09:10 AM by GARRY                      Page 7
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                "USA V JOHN DOE ET AL"

                              For all filing dates

Document #   Filed      Docket text
----------   --------   -----------
                        cts 1-3 w/terms to run concur; def remanded to USM; $300.00 SA. cc: USA,
                        C. Coe, Def w/cnsls cy, USM, USPO, Finance, FLU, MJ Branson

 134 -  1    01/14/05   DEF 1 appeal to 9CCA of (133-1) filed 01/07/05. cc:USA, C. Coe, Judge
                        Sedwick,USM, PO, 9CCA

NOTE -  8    01/18/05   Transmittal: Forwarded notice of appeal (134-1) to 9CCA.

 135 -  1    01/18/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (134-1) cc:USA, C. Coe, USM,
                        PO, ECR, Judge Sedwick, 9CCA (original)

 136 -  1    01/20/05   [Re: DEF 2] PLF 1 Sentencing Memorandum w/att exhs.

 137 -  1    01/21/05   DEF 2 Unopposed motion on shortened time to continue sentencing set
                        1/27/05 w/att aff.

 138 -  1    01/24/05   [Re: DEF 2] JWS Order granting Unopposed motion on shortened time to
                        continue sentencing set 1/27/05 (137-1); IOS set 2/7/05 at 8:00 a.m.
                        cc: USA, L. Wells, USM, PO

 139 -  1    01/25/05   DEF 2 Supplemental Sentencing Memorandum.

 140 -  1    02/01/05   DEF 2 Notice of filing def's allocution statement w/att exh.

 141 -  1    02/08/05   [Re: DEF 2] JWS Court Minutes [ECR: Robin Carter] re: IOS held 2/7/05;
                        sentence imposed as stated in judg w/att exh & wit list.

 142 -  1    02/08/05   [Re: DEF 2] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced
                        to 37 mos impr; 36 mos SR; $100.00 SA. cc: USA, L. Wells, Def w/cnsls
                        cy, USM, USPO, MJ Branson, FLU, Finance

 143 -  1    02/14/05   DEF 1 PARTIAL Transcript of IOS (held 1/4/05).

 144 -  1    02/18/05   DEF 1 Transcript Designation/Order Form re: notice of appeal (134-1)
                        w/att order form & CJA 24. cc:ecr(w/forms)

 145 -  1    02/25/05   DEF 1 motion to unseal ex parte proceedings for transcription.

 146 -  1    02/28/05   [Re: DEF 1] JWS Order granting mot to unseal ex parte proceedings for
                        transcription (145-1). cc: USA, C. Coe, ECR, Appeals Clk

 147 -  1    02/28/05   [Re: DEF 2] Partial Transcript re Imposition of Sentence (held 2/7/05).

 148 -  1    03/11/05   [Re: DEF 1] Copy of Order from 9CCA (134-1) granting C. Coe mot to be
                        relieved as cnsl.  Appellant's mot for new cnsl is GRANTED.  New cnsl
                        will be appointed by separate order.  Clk shall svc cy of this order on
                        R. Curtner(FPD).  District crt to provide clk with  name & address of
                        appointed cnsl  by fax (415) 556-6228 w/i 14 days of locating cnsl.  New
                        cnsl will designate transcript by 4/15/05.  The transcript is due
                        5/16/05.  Appellant's opening brief and excerpts of record are due
                        6/22/05; appellee's answering brief is ue 7/27/95 and the optional reply
                        brief is due w/i 14 days afer svc of the answering brief. cc:R. Curtner
                        (FPD), C. Coe, Judge Sedwick , ECR

 149 -  1    03/14/05   DEF 1 CJA appointment of A. Mendel.

NOTE -  9    03/15/05   Notation (re: Appeal): faxed cja appt for DEF 1 to 9CCA.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                              "USA V JOHN DOE ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

   150 -  1   04/08/05   {SEALED}

   151 -  1   04/18/05   [Re: DEF 1] Transcript of Hrg on Def Mot to Accept Late-Filed Pleading
                         and Mot to Produce Exculpatory Information (held 6/7/04) re: notice of
                         appeal (134-1)

   152 -  1   04/18/05   [Re: DEF 1] Transcript of PCOP Hrg (held 6/22/04) re: notice of appeal
                         (134-1)

   153 -  1   04/18/05   {SEALED}

   154 -  1   04/18/05   {SEALED}

   155 -  1   04/18/05   [Re: DEF 1] PARTIAL Transcript of TBJ-DAY 1, PCOP (held 7/26/04) re:
                         notice of appeal (134-1)

   156 -  1   04/18/05   [Re: DEF 1] PARTIAL Transcript of IOS (held 1/4/05) re: notice of appeal
                         (134-1)

   157 -  1   04/19/05   [Re: DEF 1] cy 9CCA Certificate of Record. (134-1) cc: A. Mendel, USA,
                         Judge Sedwick

   158 -  1   04/19/05   DEF 2 Unopposed motion on shortened time to correct clerical error w/att
                         aff.

   159 -  1   04/20/05   [Re: DEF 2] JKS Order granting unoppo motion on shortened time to
                         correct clerical error on judg (158-1). cc: USA, L. Wells, USM, USPO,
                         ECR

   160 -  1   04/22/05   [Re: DEF 2] JKS Judgment (1st Amended) pleaded guilty to ct 1 of Indt
                         (1-1); sentenced to 37 mos impr; 36 mos SR; $100.00. cc: USA, L. Wells,
                         Def w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance

   150 -  2   04/25/05   {SEALED}

   161 -  1   05/05/05   {SEALED}

   161 -  2   05/06/05   {SEALED}

  NOTE -  10  10/04/05   Transmittal: Forwarded D.C. record to 9CCA consisting of 3 original and
                         1 sealed.
```