## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  STEFANY A. ROOK  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO. <u>  3:04-cr-00054-02-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **CLERK'S NOTICE**                     DATE: July 18, 2006

     In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Stefany A. Rook. Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration. If no motion is filed within 45 days, the Clerk shall destroy the passport.