Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEFANY A. ROOK, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-00054-JWS |

**MOTION FOR RETURN OF PASSPORT**

COMES NOW DEFENDANT STEFANY A. ROOK by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby moves this court for return of defendant's passport to undersigned counsel.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

DATED at Anchorage, Alaska, this 18th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Stefany A. Rook
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859

E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18th, 2006, a copy of the foregoing was served electronically:

Joseph W. Bottini
Asst. U.S. Attorney

s/Lance C. Wells