Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| STEFANY A. ROOK, | ) |
| Defendant. | ) Case No. 3:04-cr-00054-JWS |

**ORDER ON MOTION FOR RETURN OF PASSPORT**

The court having considered defendant's motion for return of property, opposition and any reply having been filed,

It is hereby ORDERED, ADJUGED and DECREED that defendant's passport shall be released to defendant's counsel, Lance C. Wells, so that it may be forwarded to defendant and/or her designee.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18th, 2006, a copy of the foregoing was served electronically:

Joseph W. Bottini
Asst. U.S. Attorney

s/Lance C. Wells