Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEFANY A. ROOK, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:04-cr-00054-JWS |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant in the above-captioned action.

2. I received notice of Ms. Rook's passport as still being held within the Clerk's Office of the United States District Court.

3. I request this court to sign the proposed order, allowing the passport to be returned to me so that I may forward it to my client and/or her designee .

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 18th day of September 2006.

       LAW OFFICES OF LANCE C. WELLS, P.C.

       By: __s/ Lance C. Wells_____
         Lance C. Wells
         Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 18th day of September 2006, at Anchorage, Alaska.

       By: _____s/Sharon R. Leippi_____
         Notary Public in and for Alaska
         My commission expires: 6/8/2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18th, 2006, a copy of the foregoing was served electronically:

Joseph W. Bottini
Asst. U.S. Attorney

s/Lance C. Wells