**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   STEFANY A. ROOK

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cr-00054-02-JWS

Deputy Clerk                       Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for return of passport at docket 174 is **GRANTED** as follows:  The Clerk of Court will please deliver Ms. Rook's passport to her lawyer, Mr. Wells.

DATE: November 13, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]