# AMENDED

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA      v.      STEFANY A. ROOK

THE HONORABLE JOHN W. SEDWICK      CASE NO.   3:04-cr-00054-JWS

Deputy Clerk                      Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for return of passport at docket 174 is **GRANTED** as follows:  The Clerk of Court will please deliver Ms. Rook's passport to her lawyer, Mr. Wells.

ENTERED AT JUDGE'S DIRECTION

DATE: November 15, 2006                    INITIALS: lc
                                           Deputy Clerk

[FORMS*IA*]