Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA**

RECEIVED
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. 3:04-cr-0054-02-JWS

STEFANY A. ROOK

On January 21, 2007, the above-named was placed on supervised release for a period of three (3) years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. Since the commencement of the defendant's supervised release, she has continued to report to this officer as directed, submitted monthly supervision reports, paid any financial obligation imposed, and has apparently maintained a sober lifestyle. The defendant has maintained employment with Easter Seals until ordered by her doctor to placed on bed rest due to pregnancy. The defendant is now married with a newborn.

It is accordingly recommended that Stefany A. Rook be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE                    8/19/08
Chris Liedike                         Date
U.S. Probation/Pretrial Services Officer

REDACTED
Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 22nd day of August, 20 08.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge